IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY L. LINDSEY, | : | |
| Petitioner, | : | 1:16-cv-2190 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| PA BOARD OF PROBATION/ | : | |
| PAROLE, PA STATE ATTORNEY | : | |
| GENERAL, | : | |
| Respondents. | : | |

# **ORDER**

**August 23, 2018**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

                                       s/ John E. Jones III
                                       John E. Jones III
                                       United States District Judge